IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHARON KELLEY, | ) |
| | ) Case No. 4:04CV00083 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LITTLE CHARLIE'S AUTO | ) |
| SALES/CHARLIE ROYSTER. | ) By: Jackson L. Kiser |
| | )     Senior United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for New Trial and Motion for Renewed Judgment as a Matter of Law are **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 21st day of April, 2006

　　　　　　　　　　　　　　　　　　s/Jackson L. Kiser
　　　　　　　　　　　　　　　　　　Senior United States District Judge