CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 24 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHARON KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | NO. 4:04CV00083 |
| LITTLE CHARLIE'S AUTO SALES/, ) | |
| CHARLIE ROYSTER, ) | JUDGMENT ORDER |
| ) | |
| Defendant. ) | |

This action came before the Court for a trial by jury. The issues have been tried in the above-entitled action and the jury has rendered its verdict as follows:

See attached Special Jury Verdict filed on February 22, 2006.

IT IS

### ADJUDGED AND ORDERED

as follows:

(1) The jury verdict filed on February 22, 2006, shall be, and hereby is approved.

(2) The jury is hereby discharged and said verdict shall be recorded, which is accordingly done.

(3) The Plaintiff, Sharon Kelley, shall recover the sum of $7,878.00 from the Defendant, Little Charlie's Auto Sales/Charlie Royster, with interest in the amount of 4.91 percent per annum, until paid, and her costs of action.

(5) The Clerk of the Court is directed to DISMISS this case from the active docket.

ENTER: This **24⁷ᵗʰ** day of April, 2006.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE