IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SHARON KELLEY, ) | |
| ) | Case No. 4:04CV00083 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LITTLE CHARLIE'S AUTO SALES/ ) | |
| CHARLIE ROYSTER, ) | By: **Jackson L. Kiser** |
| ) | Senior United States District Judge |
| Defendants. ) | |
| ) | |
| ) | |

Before this Court is Plaintiff Sharon Kelley's ("Plaintiff") Motion for Attorney's Fees and Taxation of Costs. For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion is **GRANTED** in part and **DENIED** in part. Defendants Little Charlie's Auto Sales and Charlie Royster are taxed $322.90 in costs and $7,500.00 in attorney's fees.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this case from the active docket of this Court.

Entered this 22nd day of August, 2006.

s/Jackson L. Kiser
Senior United States District Judge